UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON JONES, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

BULL BUSTER PRODUCTS, LLC,

                Defendant.

23-CV-4105 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the initial pretrial conference scheduled for **September 20, 2023** is adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **September 6, 2023**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: August 23, 2023
       New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge