UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMON JONES, on behalf of himself and all others similarly situated,<br><br>       Plaintiffs,<br><br>-against-<br><br>BULL BUSTER PRODUCTS, LLC,<br><br>       Defendant. | 23-CV-4105 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  Plaintiff improperly filed for default judgment via order to show cause. *See* Individual Rule 4(h). Plaintiff shall file its motion for default judgment in accordance with the Court's Individual Rule 4(h) and Local Rule 55 no later than **September 11, 2023**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: September 5, 2023
    New York, New York

                   SO ORDERED.

                   *Jessica Clarke*

                   JESSICA G. L. CLARKE
                   United States District Judge