UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMON JONES, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br><br>-against-<br><br>BULL BUSTER PRODUCTS, LLC,<br><br>                      Defendant. | 23-CV-4105 (JGLC) (VF)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On September 11, 2023, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 15.

On July 11, 2024, the Court issued an Order to Show Cause ordering Defendant to respond in writing no later than July 25, 2024 as to why an order should not be issued granting a default judgment against Defendant. ECF No. 19. The Court warned that if Defendant failed to respond by that date, judgment may be entered against Defendant. Defendant failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendant.

The Court refers the case to Magistrate Judge Figueredo for an inquest to determine the judgment to be entered.

The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

Dated: July 30, 2024
       New York, New York

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge